| | | | |
|---|---|---|---|
| Case No. | 2:19-cv-09443-MWF (SHK) | Date: | February 3, 2020 |
| Title: | *Demitrius Furlow v. Los Angeles Trade Technical College, et al.* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS): ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED**

On November 1, 2019, Plaintiff Demitrius Furlow ("Plaintiff"), proceeding pro se and in forma pauperis ("IFP"), filed a Complaint ("Complaint" and "Compl.") against Defendants Los Angeles Trade Technical College, Dr. Henan Joof, and Deputy Security Lopez ("Defendants") asserting claims under 42 U.S.C. § 1983. Electronic Case Filing Number ("ECF No.") 1, Compl.; ECF No. 2, IFP Request; ECF No. 3, Order Granting IFP Request.

On January 10, 2020, after screening the Complaint, the Court issued an Order Dismissing Complaint with Leave to Amend ("OLDA"). ECF No. 17, ODLA. The Court provided Plaintiff until January 31, 2020, to file a First Amended Complaint ("FAC"), should he so choose. Id. at 14-16. In the ODLA, the Court warned that "if Plaintiff does not comply with the instructions enumerated above," including timely filing a FAC, "the Court may recommend that this action be dismissed with or without prejudice for failure to state a claim, failure to prosecute, and/or failure to obey Court orders under Federal Rule of Civil Procedure 41(b)." Id. at 15-16. To date, Plaintiff has failed to timely file his FAC as ordered.

Further, on January 17, 21, and 27, 2020, the Court received returned mail showing that the ODLA and other Court orders were undeliverable to the address Plaintiff provided. See ECF Nos. 17-19. Thus, it appears that Plaintiff has failed to keep the Court apprised of his current address as required by Local Rule 41-6. Plaintiff has previously failed to keep the Court apprised of his address in this litigation; see ECF Nos. 9, 11, Mail returned to Court; and the Court has previously warned Plaintiff that Local Rule 41-6 requires a pro se party to keep the Court and

opposing parties apprised of the party's current address and telephone number, if any, and e-mail address, if any, see ECF No. 10. The Court further warned that:

> [i]f mail directed by the Clerk to a pro se plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution.

Id. at 1-2.

Accordingly, because Plaintiff has failed to timely file his FAC as ordered, and because it appears that Plaintiff has changed addresses and has failed to keep the Court apprised of his current address as has been repeatedly ordered, Plaintiff is **ORDERED TO SHOW CAUSE** by **February 11, 2020,** why this action should not be dismissed for failure to prosecute and to follow Court rules and orders.

Plaintiff can satisfy this Order to Show Cause ("OSC") by notifying the Court in writing on or before February 11, 2020, of his current address, and by either: (1) filing a FAC as set out in the OLDA, ECF No. 17, or (2) notifying the Court that he no longer wishes to pursue this action. Failure to file a response by the date provided **will** result in a recommendation that the action be dismissed with or without prejudice.

**IT IS SO ORDERED.**