JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMITRIUS FURLOW,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LOS ANGELES TRADE TECHNICAL COLLEDGE, et al.,<br><br>　　　　　　Defendants. | Case No. 2:19-cv-09443-MWF (SHK)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Dismissing Complaint, IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice

DATED: April 6, 2020

　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　United States District Judge